UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Criminal No. 21-CR-438 |
|---|---|
| v. | ORDER FOR CONTINUANCE |
| DONALD CLARKIN | |

This matter having come before the Court on the joint application of the United States, by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Rebecca Yuan, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section, appearing), and defendant Donald Clarkin (David Fassett, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.     This case is an unusual or complex case within the meaning of the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2.  The discovery in the case is expected to be voluminous, consisting of, among other things, seized email accounts and other electronic records, financial records, health care benefit program claims data, and medical records, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

3.   As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this ____1st____ day of June, 2021,

(1)   ORDERED that this action be, and hereby is, continued until November 15, 2021; and it is further

(2)   ORDERED that the period from the date of this order through November 15, 2021, be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Michael A. Shipp
United States District Judge

Consented to as to form and entry:

*s/ Rebecca Yuan*
REBECCA YUAN
Trial Attorney, U.S. Department of Justice


*s/ David Fassett*
DAVID FASSETT
Counsel for Defendant Donald Clarkin