UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-CR-438 |
| v. | SCHEDULING ORDER |
| DONALD CLARKIN | |

This matter having come before the Court for arraignment; and the United States being represented by Rachael A. Honig, Acting United States Attorney for the District of New Jersey, and Joseph S. Beemsterboer, Acting Chief, U.S. Department of Justice, Criminal Division, Fraud Section (by Rebecca Yuan, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section, appearing); and the Defendant being represented by David Fassett, Esq.; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this 16th day of November, 2021, ORDERED that:

A status conference shall be held on February 15, 2022, at 10:00 a.m. in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery

disputes if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

_____
Honorable Michael A. Shipp
United States District Judge